1

2

3

4

5

6

7        UNITED STATES BANKRUPTCY COURT

8        NORTHERN DISTRICT OF CALIFORNIA

9  In re

10  SANMILL PACIFIC, INC.,                         No. 05-12757

11                        Debtor(s).
_____/

12  TIMOTHY W. HOFFMAN, Trustee,

13

14                        Plaintiff(s),

15            v.                                   A.P. No. 07-1061

16  JOHN RETALLICK, et al.,

17                        Defendant(s).
_____/

18

19              Memorandum re Transcript as Work Product
                    _____

20

21        Plaintiff's original counsel withdrew from representing the trustee after he learned that his law firm had

22  represented defendant John Retallick in 1993.  Before his withdrawal, he examined defendant Kendra

23  Retallick pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.  Defendants seek to have the

24  transcript of this examination sealed as work product.

25        Defendants have cited no case where any deposition or examination transcript was ordered sealed as

26  work product, let alone the examination of a party.  At least one case has flatly held that "the work product

1

1  doctrine is inapplicable to deposition transcripts." *Honda Lease Trust v. Middlesex Mutual Assurance*

2  *Co.*, 2008 WL 349239*4 (D.Conn.2008).  As long as the copy of the transcript contains no notes of prior

3  counsel it may be turned over to and used by current counsel.  If it contains notes, only that copy of the

4  transcript will be considered work product.

5        An order will be entered consistent with this decision.

6  Dated:  June 27, 2008

7

8                               Alan Jaroslovsky

9                               U.S. Bankruptcy Judge

Case: 07-01061    Doc# 18    Filed: 06/27/08    Entered: 06/27/08 14:26:26    Page 2 of 2